WMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE
EXTRADITION OF                           UNSEALING ORDER

    KUSHI SAMUELS,
        also known as,
        "Patrick Browne" and
        "Abdul Drew."

- - - - - - - - - - - - - - - - - X

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Winston M. Paes, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          May 20, 2008

                             THE HONO
                             UNITED S               GE
                             EASTERN ]