## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __08-445M__

2) Defendant's Name:__Samuels_____ __Kushi_____
                    (Last)                    (First)           (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:___Yes ___No    Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:__X__Yes _____No    Date/Time:_5/20/08_____

10) Detention Hearing Held:_____ Bail set at:_____ ROR Entered:____ POD Entered: ✓

11) Temporary Order of Detention Entered:_____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:__6/9/08 @ 11 AM_____

13) ASSISTANT U.S. ATTORNEY:_Winston Paes_____

14) DEFENSE COUNSEL'S NAME:_Justine Harris_____
    Address:_____
    Bar Code:_____ CJA:____ FDNY: X__ RET:____
    Telephone Number:(____)_____

15) LOG #:____ (_3:03 - 4:08_____) MAG. JUDGE : __Roanne L. Mann__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

    SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE