DOCKET NUMBER: 08-445-MJ

## CRIMINAL CAUSE FOR HEARING

Date Received By Docket Clerk: _____     Docket Clerk Initials: _____
BEFORE JUDGE: Roanne L. Mann, USMJ    DATE: 6/9/08    TIME IN COURT ___ HRS 6 MINS
DEFENDANT'S NAME: Kushi Samuels    DEFENDANT'S #: _____
☑ Present  ☐ Not Present    ☑ Custody  ☐ Not Custody
DEFENSE COUNSEL: Justine Harris
☑ Federal Defender  ☐ CJA    ☐ Retained
A.U.S.A.: Winston Paes    PRETRIAL/PROBATION OFFICER: _____
CASE MANAGER OR MAGISTRATE CLERICAL: Nathaniel Kunkle/Jennifer Williams
FTR: 2:53:07 - 2:59:18
INTERPRETER: N/A    LANGUAGE: _____

☐ Arraignment
☐ Change of Plea Hearing (~Util-Plea Entered)
☐ In Chambers Conference
☐ Pre Trial Conference
☐ Initial Appearance
☑ Status Conference
☐ Telephone Conference
☐ Voir Dire Begun
☐ Jury Trial Death Penalty
☐ Bench Trial Held
☐ Other Evidentiary Hearing Contested    TYPE OF HEARING _____

☐ Revocation of Probation non contested
☐ Revocation of Probation contested
☐ Sentencing non-evidentiary
☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary
☐ Revocation of Supervised Release non-evidentiary
☐ Voir Dire Held    ☐ Jury selection    ☐ Jury trial
☐ Sentence enhancement Phase    ☐ Bench Trial Begun
☐ Bench Trial Completed    ☐ Motion Hearing Non Evidentiary

## UTILITIES

☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

Speedy Trial Exclusion Start Date: _____    Speedy Trial Stop Date: _____ CODE TYPE: __

Do these minutes contain ruling(s) on motion(s)? ☐ YES    ☐ NO

TEXT: Status Conference scheduled for July 11, 2008 at 11 a.m.