## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne L. Mann　　　　**DATE :** 7/11/08

**DOCKET NUMBER 08-445M**　　　　LOG # :

**DEFENDANT'S NAME :** **Kushi Samuel**
　　　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

**DEFENSE COUNSEL :** **Justine Harris**
　　　　✓ Federal Defender　　___ CJA　　___ Retained

**A.U.S.A:** **Winston Paes**　　　　**DEPUTY CLERK :** ~~K. DiLorenzo~~ J. Williams N. Kunkle

**INTERPRETER :** ——　　　　(Language)

_____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.　Code Type___　Start_____　Stop_____

___ Order of Speedy Trial entered.　Code Type___　Start_____　Stop_____

___ Defendant's first appearance.　___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 7/18/08 @ 2:00 pm before Judge Mann

**OTHERS :** The gov't expects to serve the defense with the evidentiary package from Canada next week.