

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP
F.#2008R00809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2008

**By E-mail (PDF) and ECF**

Justine Harris, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11241
E-mail: Justine_Harris@fd.org

      Re:  United States v. Kushi Samuels
           Criminal Docket No. 08-M-445

Dear Ms. Harris:

    Enclosed is a copy of the extradition package, in PDF form, received from the Canadian embassy with respect to the above-mentioned case. I will send you the formal hard-copy extradition package when I receive it.

    If you have any questions, please do not hesitate to contact me.

                      Very truly yours,

                      BENTON J. CAMPBELL
                      United States Attorney
                      Eastern District of New York

                          /s/
                      Winston M. Paes
                      Assistant U.S. Attorney
                      (718) 254-6023

Enclosures

CC:  Clerk of Court (RLM)(w/o enclosures)