UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                            <u>ORDER</u>

     -against-                             08-MJ-445

KUSHI SAMUELS,


-------------------------------------------------------------x

       Upon consent, the status conference scheduled tomorrow at 2:00 p.m. shall be

adjourned <u>sine</u> <u>die</u>.   Defense counsel shall submit a status report via ECF by Monday, July

21, 2008.

       **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
           **July 17, 2008**




                                    **ROANNE L. MANN**
                                    **UNITED STATES MAGISTRATE JUDGE**