# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

July 21, 2008

*A status conference will be held on 8/1/08 at 3:00 p.m.*

**SO ORDERED:**
/s/
*Roanne L. Mann*
**U.S. Magistrate Judge**
Dated: 7/22/08

**Via ECF**
The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Kushi Samuels, 08 m 445**

Your Honor:

I write to advise the Court that given our recent move of offices, I have not had sufficient time to review the extradition package that I received on Thursday, July 17, 2008. In fact, I was only able to send it to Mr. Samuels for his review today, July 21, 2008. Because I expect to meet with Mr. Samuels sometime next week, I respectfully request permission to advise the Court of Mr. Samuels' position with respect to an extradition hearing no later than August 1, 2008.

Respectfully submitted,

Justine A. Harris

cc:   AUSA Winston Paes