F.#2008R00809

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

IN THE MATTER OF THE
EXTRADITION OF

    KUSHI SAMUELS,
        also known as,
        "Patrick Browne" and
        "Abdul Drew."

- - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

Cr. No. 08-MJ-445 (RLM)

       Please take notice that the United States is represented in the above-captioned case by Assistant United States Attorney Winston M. Paes.  The address for service of process for Mr. Paes is:

        United States Attorney's Office
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201-1820
        Tel: (718) 254-6023
        Fax: (718) 254-6481
        Email: Winston.Paes@usdoj.gov

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Mr. Paes at the information provided above.

Dated: Brooklyn, New York
July 24, 2008

                                    Respectfully submitted,

                                    BENTON J. CAMPBELL
                                    United States Attorney
                                    Eastern District of New York

                            By:       /s/
                                    Winston M. Paes
                                    Assistant U.S. Attorney
                                    (718) 254-6023

cc: Clerk of the Court (RLM) (by ECF)
     Justine Harris, Esq. (by ECF)