## CRIMINAL CAUSE FOR STATUS CONFERENCE

12:18:50 –

BEFORE: Magistrate Judge Roanne L. Mann   DATE: 8/1/08   TIME: 12:23:54

DOCKET #: 08-MJ-445

CASE: United States v. Kushi Samuels

DEFENDANT: Kushi Samuels
X Present   ___ Not present   X Cust.   ___ Bail

___ Present   ___ Not present   ___ Cust.   ___ Bail

DEFENSE COUNSEL: Justine Harris
X Present   ___ Not present   ___ CJA   ___ Ret.   X Federal Defenders

___ Present   ___ Not present   ___ CJA   ___ Ret.   ___ Federal Defenders

A.U.S.A.: Winston Paes   CLERK: J. Williams / N. Kunkle

INT(LANG): —   FTR: 12:18:50 – 12:23:54

X CASE CALLED

OTHER:

Defendant does not waive extradition. Government's motion for extradition is due 9/2/08. Defendant's opposition is due 9/22/08. Government's reply is due 9/30/08.