

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP
F.#2008R00809

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 13, 2008

**By Hand Delivery and ECF**

Justine Harris, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11241

> Re:  United States v. Kushi Samuels
>      Magistrate Docket No. 08-445

Dear Ms. Harris:

In an abundance of caution, and as a follow-up to the extradition package, in PDF form, sent to you under cover of my letter dated July 16, 2008, enclosed is a copy of the formal hard-copy extradition package that I received with respect to the above-mentioned case.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York

        /s/
Winston M. Paes
Assistant U.S. Attorney
(718) 254-6023

Enclosures

CC:  Clerk of Court (RLM)(w/o enclosures)