# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 19, 2008

**Via ECF**
The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   **United States v. Kushi Samuels, 08 M 445**

Your Honor:

I write to respectfully request additional time to submit our brief in the above-captioned extradition matter. As the Court knows, a submission on the defendant's behalf is due Monday, September 22, 2008. Because I need additional time to review the government's submission and to discuss the case with Canadian lawyers, I respectfully request that the deadline be adjourned for thirty days.

AUSA Winston Paes has no objection to the request.

Respectfully submitted,

/s/

Justine A. Harris
Staff Attorney
(718) 407-7403

cc:   AUSA Winston Paes