# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

October 16, 2008

**Via ECF**
The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**    **United States v. Kushi Samuels, 08 M 445**

Your Honor:

    I write to respectfully request a very short adjournment to submit our brief in the above-captioned extradition matter. A submission on the defendant's behalf is due Friday, October 17, 2008. This week, I finally had the opportunity to speak with a Legal Aid lawyer in Montreal. Based on the information he provided me and after further discussion with my client, I am now in the midst of preparing my brief. However, I would like one additional week to file it, and respectfully request that Your Honor adjourn the deadline to Friday, October 24, 2008.

    I appreciate the Court's consideration. AUSA Winston Paes has no objection to the request.

*Application granted, on consent.*

Respectfully submitted,

/s/

Justine A. Harris
Staff Attorney
(718) 407-7403

SO ORDERED:
/s/
*Roanne L. Mann*
**U.S. Magistrate Judge**
Dated: 10/17/08

cc:    AUSA Winston Paes