# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

October 27, 2008

**Via ECF and By Hand**
The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **In the Matter of the Extradition of Kushi Samuels, 08 M 445**

Your Honor:

I respectfully submit a hard copy of the letter brief submitted on Mr. Samuels's behalf on Friday, October 24, 2008. I note that this copy contains minor typographical corrections and corrects a date on page 8. The line in the second full paragraph concerning Mr. Asher Manget's prior criminal convictions should read that he "has been in court facing criminal charges every year between 1995 and **2008**," not 1998.

I apologize for any inconvenience.

Respectfully submitted,

Justine A. Harris

cc:   AUSA Winston Paes