**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

WP
F.#2008R00809

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 31, 2008

**BY HAND AND ECF**

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  United States v. Kushi Samuels
           Criminal Docket No. 08-M-445

Dear Judge Mann:

     We have received a copy of the defendant's October 24, 2008 submission in opposition to the government's motion that the Court certify the defendant's extradition to Canada in connection with the above-referenced case.  We respectfully request permission to submit our reply to the defendant's response on or before November 17, 2008.  I have spoken to Justine Harris, counsel for the defendant, who has no objection to this request.

                                   Respectfully submitted,

                                     BENTON J. CAMPBELL
                                   United States Attorney
                                   Eastern District of New York

                    By:       /s/
                           Winston M. Paes
                           Assistant U.S. Attorney
                           (718) 254-6023

cc:  Clerk of Court (RLM) (by ECF)
     Justine Harris, Esq. (by ECF)