**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

WP
F.#2008R00809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 31, 2008

**BY HAND AND ECF**

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Kushi Samuels
      Criminal Docket No. 08-M-445

Dear Judge Mann:

  We have received a copy of the defendant's October 24, 2008 submission in opposition to the government's motion that the Court certify the defendant's extradition to Canada in connection with the above-referenced case. We respectfully request permission to submit our reply to the defendant's response on or before November 17, 2008. I have spoken to Justine Harris, counsel for the defendant, who has no objection to this request.

              Respectfully submitted,

*Application granted.*
**SO ORDERED:**
/s/
*Roanne L. Mann*
**U.S. Magistrate Judge**
Dated: 11/4/08

              BENTON J. CAMPBELL
              United States Attorney
              Eastern District of New York

        By:    /s/
             Winston M. Paes
             Assistant U.S. Attorney
             (718) 254-6023

cc:  Clerk of Court (RLM) (by ECF)
   Justine Harris, Esq. (by ECF)