UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                      **ORDER**

        -against-                                          08-MJ-445

**KUSHI SAMUELS,**

                           **Defendant.**
----------------------------------------------------------------x

      A hearing on the pending request for extradition will be held on February 4, 2009, at 10:00 A.M.

            SO ORDERED.

Dated:     Brooklyn, New York
              January 28, 2009

                                                ROANNE L. MANN
                                                UNITED STATES MAGISTRATE JUDGE