ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 2/9/09
TIME: 11:30 AM
END: Noon

DOCKET NO: _____

CASE: US v. Kushi Samuels

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE

_X_ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Winston Paes

FOR DEFENDANT: Justine Harris w/ defendant

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CHAMBERS BY _____

PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Defendant proffers witnesses' arrest records as Defendant's Exhibit A. The Court hears oral argument on the gov't's extradition request.